# Order

**Michigan Supreme Court**
**Lansing, Michigan**

April 15, 2016

Robert P. Young, Jr.,
Chief Justice

151134

Stephen J. Markman
Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein
Joan L. Larsen,
Justices

TAMIKA HARRELL,
        Plaintiff-Appellee,

v

                                        SC: 151134
                                        COA: 318744

TITAN INSURANCE COMPANY,
        Defendant-Appellant.
                                        Wayne CC: 12-003939-NF

_____/

     On April 6, 2016, the Court heard oral argument on the application for leave to appeal the January 20, 2015 judgment of the Court of Appeals. On order of the Court, the application is again considered, and it is DENIED, because we are not persuaded that the question presented should be reviewed by this Court.



     I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

April 15, 2016



                                             Clerk

t0406